# UNITED STATES DISTRICT COURT
# Western District of Tennessee

05 APR 26 AM 7: 4

ROBERT R. DI    O
CLERK, U.S. D    T.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:00CR20122-02-D

WYNTA EARNEST
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Wynta Earnest, was represented by Needum Louis Germany, III, Esq.

It appearing that the defendant, who was convicted on September 17, 2001, in the above styled cause and was placed on Supervised Release for a period of three (3) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant is hereby sentenced to **Time Served**.

Furthermore, the Court imposes a term of Supervised Release of **eight (8)months**, with the following conditions of supervised release:

1) The defendant shall serve **eight (8) months** in a Halfway House.

The Court also re-imposes all of the previous conditions of Supervised Release and monetary penalties as previously imposed.

Signed this the __25__ day of April, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 03/14/1978
U.S. Marshal No.: 17532-076
Defendant's Mailing Address: 1629 Winchester, Memphis, TN 38116.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __4-28-05__

82



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:00-CR-20122 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT