PROB. 12
(Rev. 3/88)

UNITED STATES DISTRICT COURT
for
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY /D D.C.
05 MAY 16 PM 6:41

U.S.A. vs. **WYNTA EARNEST**                                              Docket No. 2:00CR20122-001

## Petition on Probation and Supervised Release

**COMES NOW** _FREDDIE MCMASTER II_ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Wynta Earnest who was placed on supervision by the Honorable Bernice B. Donald sitting in the Court at Memphis, TN on the 17th day of September, 2001 who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

The defendant shall pay $29,980.19 restitution ($29,980.19 balance).

The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the Probation Office for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse.

The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchase in excess of $200.00 without approval of the probation officer.

The defendant shall provide the probation officer access to any requested financial information.

*Term of Supervised Release began March 22, 2003, and was revoked October 22, 2004, with a sentence of time served and a new one (1) year term of Supervised Release with the following additional condition:

The defendant shall serve six (6) months in a halfway house.

*Supervised Release revoked again on April 18, 2005, with a sentence of time served and a new eight (8) month term of Supervised Release with the following additional condition:

The defendant shall serve eight (8) months in a halfway house.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Earnest has not made any restitution payments while on Supervised Release. It is recommended the Court specifically approve the following payment plan.

**PRAYING THAT THE COURT WILL ORDER** Wynta Earnest's restitution payments be set at ten percent (10%) of her monthly gross income payable by the end of each month.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this _16_ day of _May_, 2005 and ordered filed and made a part of the records in the above case.<br><br>_[signature]_<br>United States District Judge<br>This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _5-19-05_ | _Freddie McMaster II_<br>Freddie McMaster II<br>Probation Officer<br><br>Place _Memphis, Tennessee_<br><br>Date _May 13, 2005_ |

83

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:00-CR-20122 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT