IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CR. NO. 2:00-20122-D |
| | * | |
| WYNTA EARNEST | * | |
| Defendant. | * | |

## ORDER HOLDING PROBATIONER FOR REVOCATION HEARING

On August 3, 2005, Wynta Earnest appeared before on a charge of violation of the terms and conditions of probation/supervised release in this matter. The defendant was advised of her rights under FRCrP 5 and 32.1(a)(1).

At this hearing, the defendant was released on bond. A preliminary hearing on the violation was not held.

Accordingly, defendant Wynta Earnest is held to a final revocation hearing, to be set on notice from the United States District Court and in accordance with the provisions of Rule 32.1(a)(2), Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 03rd day of August, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8/3/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:00-CR-20122 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT