# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY ⁄10___ D.C.

05 SEP 15 AM 10: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF   MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

WYNTA EARNEST
    Defendant.

Case Number 2:00CR20122-01-D

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
### (For Offenses Committed On or After November 1, 1987)

The defendant, Wynta Earnest, was represented by Needum Louis Germany, III, Esq.

It appearing that the defendant, who was convicted on September 17, 2001 in the above styled cause and was placed on Supervised Release for a period of three (3) years; Term of Supervised Release began March 22, 2003, was revoked October 22, 2004, with a sentence of time served with a new one (1) year term of Supervised Release; The new term of Supervised Release that began October 22, 2004, was revoked April 18, 2005, with a sentence of time served and a new term of eight (8) months Supervised Release; The defendant has violated the terms of Supervised Release;

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **sixty (60) days**.

Furthermore, no additional supervised release shall be imposed.

The defendant is allowed to remain released on present bond.

Signed this the ___14___ day of September, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 3-14-1978
U.S. Marshal No.: 17532-076
Defendant's Mailing Address: 1537 David, Memphis, TN 38114

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:00-CR-20122 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT