## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ~~15~~ D.C.

05 NOV -1 AM 11: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA        )<br><br>    Plaintiff,                           )<br><br>VS                                           )<br><br>WYNTA EARNEST                      )<br><br>    Defendant.                          ) | CR. NO. 00-20122-D |

## ORDER TO SURRENDER

The defendant, Wynta Earnest, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to the **West TN Detention Center, 6299 Finde Naifeh Jr. Drive, Mason, Tennessee 38049** by **2:00 p.m.** on **WEDNESDAY, NOVEMBER 30, 2005.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242, Memphis, Tennessee 38103 to acknowledge by signature receipt of a copy of this Order and that the defendant will report as ordered to the facility named above.

**ENTERED** this the 3 / day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on

## ACKNOWLEDGEMENT

**I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.**

**Signed and acknowledged before me on** _____

_____                    _____
**Clerk/Deputy Clerk**                                        **Defendant**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 2:00-CR-20122 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT